### 31312. DIXON v. THE STATE.

MACINTYRE, J. The defendant was convicted of the offense of unlawfully shooting at another. His motion for a new trial, based upon the general grounds only, was overruled and he excepted. The evidence supports the verdict and the judge did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 1, 1946.

*W. A. Dampier,* for plaintiff in error.
*W. W. Larsen, Solicitor-General,* contra.